UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER C. PRESTON,<br><br>Defendant. | CASE NO. CR11-5537 BHS<br><br>ORDER DENYING DEFENDANT'S MOTION TO AMEND JUDGMENT |

This matter comes before the Court on Defendant Christopher Preston's ("Preston") motion to amend judgment (Dkt. 41). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

Although Preston moves the Court to "amend judgment," Preston is actually requesting the Court to issue a new sentence that accounts for time served in federal custody for a violation of state parole. Dkt. 42. Fed. R. Crim. P. 36, however, vests the Court with authority to only correct a "clerical error." Revising a sentence based on information or argument that was not presented to the Court during sentencing is not a

clerical error.  Moreover, Preston has made no showing that the Court intended Preston to serve the requested sentence of 12 months and 1 day, as opposed to the imposed sentence of 14 months.  Therefore, the Court denies Preston's motion.

**IT IS SO ORDERED**.

Dated this 20th day of November, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge